**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: GRAY, JIMMIE                                  § Case No. 14-80262-TML
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $47,251.00                         Assets Exempt: $23,151.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,421.53           Claims Discharged
                                                     Without Payment: $89,537.94

Total Expenses of Administration: $2,578.50

---

    3) Total gross receipts of $ 5,000.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $30,640.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,578.50 | 2,578.50 | 2,578.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,221.28 | 34,059.83 | 34,059.83 | 2,421.53 |
| **TOTAL DISBURSEMENTS** | $120,861.28 | $36,638.33 | $36,638.33 | $5,000.03 |

4) This case was originally filed under Chapter 7 on January 30, 2014. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2015          By: /s/STEPHEN G. BALSLEY
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Model Train Collection | 1129-000 | 214.29 |
| 2006 Chevy Silverado 135,000 miles | 1129-000 | 500.00 |
| 2008 Kia Rio 75,000 miles | 1129-000 | 1,000.00 |
| 2003 Timberwolf Utility Trailer | 1129-000 | 100.00 |
| 2005 Regal Prowler Camper | 1129-000 | 2,985.74 |
| Tools for Work | 1129-000 | 200.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | NationStar Mortgage | 4110-000 | 28,940.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander Consumer USA | 4110-000 | 1,700.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$30,640.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,268.50 | 1,268.50 | 1,268.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,578.50 | $2,578.50 | $2,578.50 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 6,260.22 | 7,142.74 | 7,142.74 | 507.82 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 26,061.42 | 26,917.09 | 26,917.09 | 1,913.71 |
| NOTFILED | GECRB/Sams Club Discover | 7100-000 | 9,694.84 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Business Solutions | 7100-000 | 5,192.31 | N/A | N/A | 0.00 |
| NOTFILED | Citi Thank You Card | 7100-000 | 25,069.41 | N/A | N/A | 0.00 |
| NOTFILED | Chase Freedom | 7100-000 | 17,943.08 | N/A | N/A | 0.00 |
| NOTFILED | Blitt and Gaines, PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$90,221.28** | **$34,059.83** | **$34,059.83** | **$2,421.53** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-80262-TML  
**Case Name:** GRAY, JIMMIE  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/30/14 (f)  
**§341(a) Meeting Date:** 03/06/14  

**Period Ending:** 02/23/15  
**Claims Bar Date:** 08/14/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 4325 Mila Avenue, Rockfor | 45,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking at Riverside Community Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Normal complement of household goods and furnish | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Normal complement of clothing | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Model Train Collection<br>    See Order to Sell Assets entered 5/28/2014. | 500.00 | 500.00 | | 214.29 | FA |
| 6 | Term life insurance through Fidelity Life | 1.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 Chevy Silverado 135,000 miles<br>    See Order to Sell Assets entered 5/28/2014. | 4,000.00 | 1,600.00 | | 500.00 | FA |
| 8 | 2008 Kia Rio 75,000 miles<br>    See Order to Sell Assets entered 5/28/2014. | 2,000.00 | 2,000.00 | | 1,000.00 | FA |
| 9 | 2003 Timberwolf Utility Trailer<br>    See Order to Sell Assets entered 5/28/2014. | 300.00 | 300.00 | | 100.00 | FA |
| 10 | 2005 Regal Prowler Camper<br>    See Order to Sell Assets entered 5/28/2014. | 8,000.00 | 4,300.00 | | 2,985.74 | FA |
| 11 | Tools for Work<br>    See Order to Sell Assets entered 5/28/2014. | 2,000.00 | 500.00 | | 200.00 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$64,051.00** | **$9,200.00** | | **$5,000.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 1, 2014          **Current Projected Date Of Final Report (TFR):** November 20, 2014  (Actual)

Printed: 02/23/2015 02:20 PM    V.13.21

**Form 2**

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-80262-TML  
**Case Name:** GRAY, JIMMIE  
**Taxpayer ID #:** **-***2461  
**Period Ending:** 02/23/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/13/14 | | Jim Gray Construction | Payment #1 for non-exempt personal property pursuant to Order to Sell Assets entered 5-28-14 | | | 714.29 | | 714.29 |
| | {7} | | Payment pursuant to Order to Sell Assets | 500.00 | 1129-000 | | | 714.29 |
| | {5} | | Payment pursuant to Order to Sell Assets | 214.29 | 1129-000 | | | 714.29 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 704.29 |
| 06/13/14 | {8} | Jim Gray Construction | Payment #2 for non-exempt personal property pursuant to Order to Sell Assets entered 5-28-14 | | 1129-000 | 714.29 | | 1,418.58 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,408.58 |
| 07/14/14 | | Jim Gray Construction | Payment #3 for non-exempt personal property pursuant to Order to Sell Assets entered 5-28-14 | | | 714.29 | | 2,122.87 |
| | {8} | | | 285.71 | 1129-000 | | | 2,122.87 |
| | {9} | | | 100.00 | 1129-000 | | | 2,122.87 |
| | {10} | | | 128.58 | 1129-000 | | | 2,122.87 |
| | {11} | | | 200.00 | 1129-000 | | | 2,122.87 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,112.87 |
| 08/14/14 | {10} | Jim Gray Construction | Payment #4 for non-exempt personal property pursuant to Order to Sell Assets entered 5-28-14 | | 1129-000 | 714.29 | | 2,827.16 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,817.16 |
| 09/15/14 | {10} | Jim Gray Construction | Payment #5 for non-exempt personal property pursuant to Order to Sell Assets entered 5-28-14 | | 1129-000 | 714.29 | | 3,531.45 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,521.45 |
| 10/13/14 | {10} | Jim Gray Construction | Payment #6 for non-exempt personal property pursuant to Order to Sell Assets entered 5-28-14 | | 1129-000 | 714.29 | | 4,235.74 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,225.74 |
| 11/11/14 | {10} | Jim Gray Construction | Final Payment #7 for non-exempt personal property pursuant to Order to Sell Assets entered 5-28-14 | | 1129-000 | 714.29 | | 4,940.03 |
| 12/29/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,268.50, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 1,268.50 | 3,671.53 |
| 12/29/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,250.00, Trustee | | 2100-000 | | 1,250.00 | 2,421.53 |

Subtotals :    $5,000.03    $2,578.50

{} Asset reference(s)

Printed: 02/23/2015 02:20 PM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-80262-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | GRAY, JIMMIE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5866 - Checking Account |
| Taxpayer ID #: | **-***2461 | | Blanket Bond: | $598,000.00 (per case limit) |
| Period Ending: | 02/23/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Compensation; Reference: | | | | |
| 12/29/14 | 103 | Capital One Bank (USA), N.A. | Dividend paid 7.10% on $7,142.74; Claim# 1; Filed: $7,142.74; Reference: | 7100-000 | | 507.82 | 1,913.71 |
| 12/29/14 | 104 | PYOD, LLC its successors and assigns as assignee | Dividend paid 7.10% on $26,917.09; Claim# 2; Filed: $26,917.09; Reference: | 7100-000 | | 1,913.71 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,000.03 | 5,000.03 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.03 | 5,000.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,000.03 | $5,000.03 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5866 | 5,000.03 | 5,000.03 | 0.00 |
| | $5,000.03 | $5,000.03 | $0.00 |

{} Asset reference(s)  Printed: 02/23/2015 02:20 PM  V.13.21